**Opinion issued December 7, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-23-00514-CV

———————————————

**DAVID AND REBECCA BOWEN, Appellants**

**V.**

**TEXAS FAIR PLAN ASSOCIATION, Appellee**

On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Case No. 1186051

## MEMORANDUM OPINION

Appellants, David and Rebecca Bowen, appeal from a judgment signed on June 15, 2023. Appellants failed to respond to our notice of August 17, 2023, which advised appellants that the appeal was subject to dismissal unless they provided proof of payment for preparation of the clerk's record or established

indigence. *See* TEX. R. APP. P. 5 (allowing enforcement of rule), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault), 42.3(c) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.